UNITED STATES DISTRICT COURT
for the
__Eastern__ District of __Arkansas__
__Northern__ Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 16 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

__Dominique Sinclair__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__Jimmy, Samuel, Alex__
__Bryant Thresa__
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. __3:20-cv-367-DPM__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

This case assigned to District Judge __Marshall__
and to Magistrate Judge __Ray__

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name             __Jimmy Sinclair__
   Street Address   __4820 Yukon drive__
   City and County  __Jonesboro AR__
   State and Zip Code __Arkansas 72405__
   Telephone Number __870-___-3911 or 870-208-5037__
   E-mail Address   _____

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Bryant + Theresa White
- Job or Title (if known): NAES (Osceola) AR   Nice Pak
- Street Address: 270 CR 458 Jonesboro 72404
- City and County: Jonesboro + Craighead
- State and Zip Code: Arkansas 72404
- Telephone Number: (870) 680-2007 — (870) 208-5037
- E-mail Address (if known): g.millenwhite@gmail.com

Defendant No. 2
- Name: Fred Whitfield
- Job or Title (if known): dishwasher ARK. Bap College
- Street Address: 5204 Stanley Dr.
- City and County: Pulaski, Little Rock
- State and Zip Code: AR. 72209
- Telephone Number: 501-475-4136
- E-mail Address (if known):

Defendant No. 3
- Name: Alijo Dillard
- Job or Title (if known): Truck Driver
- Street Address: 4820 Yukon Drive
- City and County: Jonesboro
- State and Zip Code: AR, 72405
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

[margin notes: 1403 E Union Wynne, AR Cross County / SFC 2603 Colt, AR 72386]

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Infringment of Privacy, Death threats by way of drones + listening devices

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* Dominique Sinclair, is a citizen of the State of *(name)* Arkansas.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* The Millen Family, is incorporated under the laws of the State of *(name)* _____,

       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* Jimmy, Alex, Samuel, Bryant, Theresa, is a citizen of the State of *(name)* Arkansas. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendants are using drones and cameras to send threats of harm in the house I'm living @. I have proof of these individuals participation from Jonesboro and Little Rock in my phone + email.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To surrender the drones they are using to watch my house + my activities from day to day at the Wolfe Street foundation, my address and my church to help prove my case that they want me dead

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-14-20

Signature of Plaintiff: *Dony Sin Sr*

Printed Name of Plaintiff: Dominque Sinclair Sr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____