IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DOMINIQUE SINCLAIR                                                    PLAINTIFF

v.                           No. 3:20-cv-367-DPM

JIMMY SINCLAIR; BRYANT
and THERESA WHITE; FRED
WHITFIELD; ALEX DILLARD;
SAMUEL DOE                                                           DEFENDANTS

## ORDER

1. Sinclair's application to proceed *in forma pauperis*, Doc. 1, is granted. He reports having no income, no assets, and living with friends.

2. The Court must screen Sinclair's complaint. 28 U.S.C. § 1915(e)(2). Sinclair's claim that Defendants are using drones and cameras to threaten him with harm is fanciful and doesn't state a claim. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992); 28 U.S.C. § 1915(e)(2)(B). The Court will dismiss the case without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2020