IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DOMINIQUE SINCLAIR                                                          PLAINTIFF

v.                              No. 3:20-cv-367-DPM

JIMMY SINCLAIR; BRYANT
and THERESA WHITE; FRED
WHITFIELD; ALEX DILLARD;
SAMUEL DOE                                                                 DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 November 2020